Joel E. Tasca
Nevada Bar No. 14124
David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
chavezd@ballardspahr.com

*Attorneys for Defendant
CNU Online Holdings, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Amoret Miller,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Trans Union, LLC; Clarity Services, Inc.; and CNU Online Holdings, LLC,<br><br>　　　　　　　Defendants. | Case No.　2:22-cv-01411-JAD-VCF<br><br>**JOINT MOTION AND** ~~PROPOSED~~ **ORDER TO EXTEND TIME FOR CNU ONLINE HOLDINGS, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Fourth Request)** |

The response of Defendant CNU Online Holdings, LLC ("CNU") to Plaintiff Amoret Miller's Complaint (ECF No. 1) is due October 17, 2022.  CNU has requested, and Plaintiff has agreed, that CNU have up to and including October 31, 2022, to respond to Plaintiff's Complaint to provide time for CNU to continue investigating Plaintiff's allegations, prepare a response, and explore the possibility of resolving Plaintiff's claims.  Further, the additional time will allow CNU's counsel to address an emergent family situation regarding the health of a family member.

[*Continued on following page*]

1  This is the fourth request for an extension, and it is made in good faith and
2  not for purposes of delay.
3  Dated: October 10, 2022

| BALLARD SPAHR LLP | KIND LAW |
|---|---|
| By: /s/ David E. Chavez<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>David E. Chavez<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*CNU Online Holdings, LLC* | By: /s/ Michael Kind<br>Michael Kind, Esq.<br>Nevada Bar No. 13903<br>8860 South Maryland Parkway, Ste. 106<br>Las Vegas, Nevada 89123<br>mk@kindlaw.com<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10-18-2022

2