Joel E. Tasca
Nevada Bar No. 14124
David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
chavezd@ballardspahr.com

*Attorneys for Defendant*
*CNU Online Holdings, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Amoret Miller,<br><br>   Plaintiff,<br><br>v.<br><br>Trans Union, LLC; Clarity Services, Inc.; and CNU Online Holdings, LLC,<br><br>   Defendants. | Case No.   2:22-cv-01411-JAD-VCF<br><br>**ORDER TO EXTEND TIME FOR CNU ONLINE HOLDINGS, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Fifth Request)** |

  The response of Defendant CNU Online Holdings, LLC ("CNU") to Plaintiff Amoret Miller's Complaint (ECF No. 1) is due October 31, 2022.  CNU has requested, and Plaintiff has agreed, that CNU have up to and including November 11, 2022, to respond to Plaintiff's Complaint to provide time for CNU to continue investigating Plaintiff's allegations, prepare a response, and explore the possibility of resolving Plaintiff's claims.  Plaintiff expects that no more extensions shall be necessary.

[*Continued on following page*]

This is the fourth request for an extension, and it is made in good faith and not for purposes of delay.

Dated: October 31, 2022

| BALLARD SPAHR LLP | FREEDOM LAW FIRM |
|---|---|
| By: /s/ David E. Chavez<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>David E. Chavez<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*CNU Online Holdings, LLC* | By: /s/ Gerardo Avalos<br>Gerardo Avalos<br>Nevada Bar No. 15171<br>8985 S Eastern Ave, Suite 350<br>Las Vegas, NV 89123<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 3, 2022