1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Michael Kind, Esq.

Nevada Bar No.: 13903

**KIND LAW**

8860 South Maryland Parkway, Suite 106

Las Vegas, Nevada 89123

(702) 337-2322

(702) 329-5881 (fax)

mk@kindlaw.com

*Attorney for Plaintiff Amoret Miller*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Amoret Miller,<br><br>                        Plaintiff,<br><br> v.<br><br>Trans Union, LLC, Clarity Services, Inc. and CNU Online Holdings, LLC,<br><br>                    Defendants. | Case No.: 2:22-cv-01411-JAD-VCF<br> ORDER GRANTING<br>**Stipulation to extend deadline to file the proposed discovery plan and scheduling order**<br><br>**(First request)** |

Amoret Miller ("Plaintiff") and CNU Online Holdings, LLC ("Defendant") (jointly as the "parties"), by and through their respective counsel, hereby stipulate to  extend Local Rule 26-1's deadlines for the parties to hold their initial Fed. R. Civ. P. 26(f) conference and to file their proposed discovery plan and scheduling order (the "Deadlines").

Good cause exists to extend the Deadlines. Defendant is the last remaining party in this action and has not yet filed it's answer. The Parties need additional time for counsel to coordinate to set the discovery conference. Additionally, the Parties are engaged in active settlement discussions that may alleviate the need to

submit a proposed discovery plan. Therefore, it is appropriate to extend the deadlines for the Parties to file their proposed discovery plan and scheduling order to allow time for the Parties to meet and confer in compliance with Local Rule 26-1(b).

Parties therefore request to extend the Deadlines by 30 days, making the new deadline for the submission of a stipulated discovery plan and scheduling order on **December 7, 2022**. This is the first request for an extension of this deadline.

Dated: November 2, 2022.

**KIND LAW**

 /s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Counsel for Plaintiff*

**BALLARD SPAHR LLP**

 /s/  David Chavez
David Chavez, Esq.
Joel Tasca, Esq.
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
*Counsel for CNU Online Holdings, LLC*

STIPULATION                    - 2 -

**SCHEDULING ORDER**

IT IS HEREBY ORDERED that the Scheduling Order is modified to extend the discovery deadlines as stated above.

IT IS SO ORDERED:

_____

UNITED STATES MAGISTRATE JUDGE

DATED:\_\_November 3, 2022_____

STIPULATION                                  - 3 -